Citation Nr: 1829801 
Decision Date: 08/15/18 Archive Date: 08/30/18

DOCKET NO. 16-42 170 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office in Waco, Texas


THE ISSUE


Entitlement to an initial compensable rating for a bilateral hearing loss disability prior to May 16, 2017, and in excess of 10 percent thereafter.


REPRESENTATION

Appellant represented by: Texas Veterans Commission


ATTORNEY FOR THE BOARD

M. Thomas, Associate Counsel





INTRODUCTION

The Veteran, who is the appellant in this case, served on active duty from June 1969 to April 1971.

This matter comes before the Board of Veterans' Appeals (Board) on appeal from an August 2013 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO) in Waco, Texas.

In August 2017, during the pendency of the present appeal, the RO increased the rating for a bilateral hearing loss disability from 0 percent to 10 percent, effective May 16, 2017. Nonetheless, because less than the maximum available benefit for a schedular rating was awarded and because the increases were not awarded for the entirety of the claims period, the claims remain before the Board. See Fenderson v. West, 12 Vet. App. 119, 126 (1999); AB v. Brown, 6 Vet. App. 35 (1993).

The Veteran requested a Board hearing in his August 2016 VA Form 9. However, in August 2018, the Veteran withdrew his request for a hearing.


FINDINGS OF FACT

1. The Veteran in this case served on active duty from June 1969 to April 1971.

2. On August 6, 2018, prior to the promulgation of a decision in the appeal, the Board received notification from the appellant that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of the Veteran's appeal for an increased initial rating for a bilateral hearing loss disability have been met. 38 U.S.C. § 7105(b)(2), (d)(5) (2012); 38 C.F.R. § 20.204 (2017).


REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105 (2012). An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204 (2017). Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. 

In the present case, the appellant has withdrawn this appeal regarding an increased initial rating for a bilateral hearing loss disability and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal seeking an increased initial rating for a bilateral hearing loss disability is dismissed.




 
S. B. MAYS
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs